[No. 58138-4-I.   Division One.   June 11, 2007.]

PAUL LEHTO ET AL., *Appellants*, v. SEQUOIA VOTING SYSTEMS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-11769-9, Mary E. Roberts, J., entered March 30, 2006. *Dismissed* by unpublished opinion per Ellington, J., concurred in by Grosse and Becker, JJ.

[No. 58178-3-I.   Division One.   June 11, 2007.]

TUKWILA SCHOOL DISTRICT NO. 406, *Appellant*, v. THE CITY OF TUKWILA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-23038-1, Jay V. White, J., entered April 13, 2006. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker and Cox, JJ. Now published at 140 Wn. App. 735.

[No. 58312-3-I.   Division One.   June 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD FRANCIS BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-12034-4, Richard D. Eadie, J., entered May 11, 2006. *Affirmed* by unpublished per curiam opinion.

[Nos. 33815-7-II; 33852-1-II.   Division Two.   June 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID GLENN CORNELL, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. BRITNEY KAYE FLOWERS, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 05-1-00880-8, Ronald E. Culpepper, J., entered September 16, 2005. *Reversed* and *remanded* by unpublished opinion per Casey, J. Pro Tem., concurred in by Van Deren, A.C.J., and Penoyar, J.